UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 6:14-bk-02298-ABB |
| | ) | |
| FREDDY G. ALVARADO | ) | Chapter 13 |
| ANABELLA T. OKRASSA | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

## ORDER GRANTING MOTION FOR APPROVAL OF TEMPORARY MORTGAGE MODIFICATION MEDIATION AGREEMENT

This case came on for consideration before the Court on Debtor's Motion for Approval of Temporary Mortgage Modification Mediation Agreement (the "Motion) (Doc. No. 54). After reviewing the pleadings and considering the position of interested parties, it is

ORDERED:

1. The Motion (Doc. No. 54) is GRANTED.

2. The Trial Period Agreement with Selene Finance is hereby approved and the parties are ordered to comply with the terms of the agreement.

3. The trial period payments are in the monthly amount of **$1,752.76**, representing principal, interest, property taxes and insurance, beginning on **March 1, 2015**.

4. The payments will be sent to:

**Selene Finance LP**
**PO Box 71243**
**Philadelphia, PA 19176-6243**

*Please reference: **Loan No. 0010117240**

5. Selene Finance shall timely provide the final mortgage modification agreement after the trial period payments are made.

1

6.     Payments made by the Debtors to the Chapter 13 Trustee constitute timely payments to Selene Finance.

7.     Any interested parties may object to this order within 14 days from the date of service of this order.  If an interested party files such an objection within this time period, the Court will schedule the motion for hearing on notice to the Debtors, Debtors' counsel and the Chapter 13 Trustee, and to the objection party.

8.     All other orders that do not conflict with this order remain in full force and effect.

DONE and ORDERED in Orlando, Florida, this 6th day of February, 2015

_____
ARTHUR B. BRISKMAN
United States Bankruptcy Judge

**Service of Order**
Attorney, Aldo G. Bartolone, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.