UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: ) | Case No. 6:14-bk-2298-ABB |
| ) | |
| FREDDY G. ALVARADO ) | Chapter 13 |
| ANABELLA T. OKRASSA ) | |
| ) | |
| Debtors. ) | |
| _____) | |

### MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

> NOTICE OF OPPORTUNITY TO
> OBJECT AND REQUEST FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.
>
> If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 W. Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on the movant's attorney, Aldo G. Bartolone, Jr., Esq., Bartolone Law, PLLC, 4767 New Broad Street, Orlando, Florida 32814, and any other appropriate persons within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

   The Debtors, FREDDY ALVARADO and ANABELLA OKRASSA, by and through the undersigned counsel, and pursuant to 11 U.S.C. § 1329, hereby file this Motion to Modify Confirmed Plan, and in support thereof further state as follows:

1. The Debtors' confirmed chapter 13 plan was modified to include post-petition tax debt to the Internal Revenue Service for the tax years 2015 and 2016.

2. The Debtors' plan payments increased from $2,622 to $5,172 in order to pay Amended Claim 2-4.

3. The Debtors are unable to afford monthly payments in the amount of $5,172.

4. The Debtors have obtained a family loan from Ms. Okrassa's sister to pay the IRS in full for the tax years 2015, 2016 and 2017. A copy of the cashier's check made payable and sent to the IRS in the amount of $27,047.00 is attached hereto as Exhibit "A."

5. The Debtors propose to pay the IRS outside the plan and to continue with its monthly payments of $3,060.00. A copy of the proposed spreadsheet is attached hereto as Exhibit "B."

WHEREFORE, the Debtors, FREDDY ALVARADO and ANABELLA OKRASSA, respectfully requests this Honorable Court enter an Order modifying their plan to conform to the trial loan modification agreement pursuant to 11 U.S.C. § 1329, and granting any such relief that this Court deems just and proper under the circumstances.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF and U.S. Mail, first class and postage prepaid, on all parties-in-interest listed on the attached Mailing Matrix, this 25th day of July, 2018.

>    */s/ Aldo G. Bartolone, Jr.*
> ALDO G. BARTOLONE, JR.
> Florida Bar No. 173134
> BARTOLONE LAW, PLLC
> 4767 New Broad Street
> Orlando, Florida 32814
> Telephone: (407) 294-4440
> Facsimile: (407) 287-5544
> E-mail: aldo@bartolonelaw.com
> Attorney for Debtors



| DUE DATE 30TH | 14-2298 B 3/1/2014 Unsecured | | ALVARADO Debtor Pmt | 6.0% Tee Fee | | MODIFIED ATTY | | CLAIM 350 MONITORING FEE | | CLAIM 002-3 PRI IRS | | CLAIM 004 US BANK MTG. | | CLAIM 300 MEDIATION FEE | | CLAIM 302 SECURED IRS | | CLAIM 001 WELLS FARGO VW JETTA | | TIMBER SPRINGS HOA | CLAIM 4 US BANK Post-Pet Arrears |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | 60 | | | | | | | | | | | | | | | | | | $7,343.16 |
| 3/1/2014 1 | $0.00 | | $2,110.00 | $126.60 | 1 at | $407.40 | | | | | | $1,016.00 | 1 at | $350.00 | | | | $210.00 | | LIEN STRIP | |
| 4/1/2014 2 | $0.00 | | $2,110.00 | $126.60 | | $757.40 | | | | | | $1,016.00 | | | | | | $210.00 | | | |
| 5/1/2014 3 | $0.00 | | $2,110.00 | $126.60 | | $757.40 | | | | | | $1,016.00 | | | | | | $210.00 | | CLAIM 5 | |
| 6/1/2014 4 | $0.00 | | $2,110.00 | $126.60 | 3 at | $757.40 | | | 4 at | | | $1,016.00 | | | 4 at | | | $210.00 | | | |
| 7/1/2014 5 | $145.50 | | $2,110.00 | $126.60 | 1 at | $320.40 | | | | $211.50 | | $1,016.00 | | | | $80.00 | | $210.00 | | | |
| 8/1/2014 6 | $465.90 | | $2,110.00 | $126.60 | | | | | | $211.50 | | $1,016.00 | | | | $80.00 | | $210.00 | | | |
| 9/1/2014 7 | $465.90 | | $2,110.00 | $126.60 | | | | | | $211.50 | | $1,016.00 | | | | $80.00 | | $210.00 | | | |
| 10/1/2014 8 | $465.90 | | $2,110.00 | $126.60 | | | | | | $211.50 | | $1,016.00 | | | | $80.00 | | $210.00 | | BELLA | |
| 11/1/2014 9 | $465.90 | | $2,110.00 | $126.60 | | | | | | $211.50 | | $1,016.00 | | | | $80.00 | | $210.00 | | VIDA | |
| 12/1/2014 10 | $465.90 | | $2,110.00 | $126.60 | 10 at | | | | | $211.50 | | $1,016.00 | | | | $80.00 | 10 at | $210.00 | | HOA | |
| 1/1/2015 11 | $436.09 | 11 at | $2,110.00 | $126.60 | | | | $50.00 | | $211.50 | 11 at | $1,016.00 | | | | $80.00 | | $189.81 | | | |
| 2/1/2015 12 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | LIEN STRIP | |
| 3/1/2015 13 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 4/1/2015 14 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | CLAIM 3 | |
| 5/1/2015 15 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 6/1/2015 16 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 7/1/2015 17 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 8/1/2015 18 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 9/1/2015 19 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 10/1/2015 20 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 11/1/2015 21 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 12/1/2015 22 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 1/1/2016 23 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 2/1/2016 24 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 3/1/2016 25 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 4/1/2016 26 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 5/1/2016 27 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 6/1/2016 28 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 7/1/2016 29 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 8/1/2016 30 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 9/1/2016 31 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 10/1/2016 32 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 11/1/2016 33 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 12/1/2016 34 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 1/1/2017 35 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 2/1/2017 36 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 3/1/2017 37 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 4/1/2017 38 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 5/1/2017 39 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 6/1/2017 40 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 7/1/2017 41 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 8/1/2017 42 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 9/1/2017 43 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 10/1/2017 44 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 11/1/2017 45 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 12/1/2017 46 | $180.61 | | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | | $1,752.76 | | | | $80.00 | | $189.81 | | | |
| 1/1/2018 47 | $180.61 | 36 at | $2,622.00 | $157.32 | | | | $50.00 | | $211.50 | 36 at | $1,752.76 | | | | $80.00 | | $189.81 | 47 at | | |
| 2/1/2018 48 | $123.58 | 1 at | $11,000.00 | $660.00 | | | | $50.00 | | $211.50 | | $2,341.95 | | | | $80.00 | | $189.81 | 1 at | | $7,343.16 |
| 3/1/2018 49 | $3.14 | | $3,060.00 | $183.60 | | | | $50.00 | | $211.50 | | $2,341.95 | | | | $80.00 | | $189.81 | | | |
| 4/1/2018 50 | $3.14 | | $3,060.00 | $183.60 | | | | $50.00 | | $211.50 | | $2,341.95 | | | | $80.00 | | $189.81 | | | |
| 5/1/2018 51 | $3.14 | | $3,060.00 | $183.60 | | | | $50.00 | | $211.50 | | $2,341.95 | | | | $80.00 | | $189.81 | | | |
| 6/1/2018 52 | $3.14 | | $3,060.00 | $183.60 | | | | $50.00 | | $211.50 | | $2,341.95 | | | | $80.00 | | $189.81 | | | |
| 7/1/2018 53 | $3.14 | | $3,060.00 | $183.60 | | | | $50.00 | | $211.50 | | $2,341.95 | | | | $80.00 | | $189.81 | | | |
| 8/1/2018 54 | $3.14 | | $3,060.00 | $183.60 | | | | $50.00 | | $211.50 | | $2,341.95 | | | | $80.00 | | $189.81 | | | |
| 9/1/2018 55 | $3.14 | | $3,060.00 | $183.60 | | | | $50.00 | | $211.50 | | $2,341.95 | | | | $80.00 | | $189.81 | | | |
| 10/1/2018 56 | $3.14 | | $3,060.00 | $183.60 | | | | $50.00 | | $211.50 | | $2,341.95 | | | | $80.00 | | $189.81 | | | |
| 11/1/2018 57 | $3.14 | | $3,060.00 | $183.60 | | | | $50.00 | | $211.50 | | $2,341.95 | | | | $80.00 | | $189.81 | | | |
| 12/1/2018 58 | $3.14 | | $3,060.00 | $183.60 | | | | $50.00 | | $211.50 | | $2,341.95 | | | | $80.00 | | $189.81 | | | |
| 1/1/2019 59 | $3.14 | | $3,060.00 | $183.60 | | | | $50.00 | 55 at | $211.50 | | $2,341.95 | | | 55 at | $80.00 | 49 at | $189.81 | | | |
| 2/1/2019 60 | $81.14 | 12 at | $3,060.00 | $183.60 | | | 50 at | $50.00 | 1 at | $201.28 | 13 at | $2,341.95 | | | | $11.78 | 1 at | $190.25 | | | |
| | $9,652.31 | | $165,322.00 | $9,919.32 | | $3,000.00 | | $2,500.00 | | $11,833.78 | | $104,720.71 | | $350.00 | | $4,411.78 | | $11,590.94 | | | $7,343.16 |
| | $150,556.47 | | | | | ATTY | | CLAIM 350 | | CLAIM 002-3 | | CLAIM 004 | | CLAIM 300 | | CLAIM 302 | | CLAIM 001 | | | |
| | 6% | | | | | $3,000.00 | | 2500.00 | | 11833.78 | | ONGOING | | 350.00 | | 4411.78 | | 11590.94 | | | |
| | | | | | | | | | | | | 96324.48 | | | | PD.W/3% | | ORD.8/20/14 | | | |
| | | | | | | | | | | | | PERM. | | | | | | 10,175.00 | | | |
| | | | | | | | | | | | | LOAN MOD. | | | | | | PLUS 5.25% | | | |

```
Label Matrix for local noticing          Christiana Trust, A Division of Wilmington    Christiana Trust, Div. Wilmington Sav. Fund
113A-6                                    Selene Finance LP                             c/o Carrington Mortg. Servs.
Case 6:14-bk-02298-ABB                    P.O. Box 71243                                1610 East Saint Andrew Place, Suite B150
Middle District of Florida                Philadelphia, PA 19176-6243                   Santa Ana, CA 92705-4931
Orlando
Wed Jul 25 21:10:17 EDT 2018

SN Servicing Corporation as Servicing Agent   Timber Springs Homeowners Association, Inc.   U.S. Bank Trust National Association, as Tru
BERGER FIRM P.A.                              c/o The Association Law Firm, PLLC            323 5th Street
c/o Chase A. Berger, Esq.                     135 W Central Blvd                            Eureka, CA 95501-0305
3050 Biscayne Blvd. - Suite 402               Suite 1150
Miami, FL 33137-4143                          Orlando, FL 32801-2479

United States Trustee - ORL7/13 7         Wells Fargo Bank, N.A., d/b/a Wells Fargo De   Bank of America
Office of the United States Trustee       c/o Alison Verges Walter, Esq.                 450 American St
George C Young Federal Building           P.O. Box 707                                   Simi Valley, CA 93065-6285
400 West Washington Street, Suite 1100    Tampa, FL 33601-0707
Orlando, FL 32801-2210

Bella Vida at Timber Springs HOA, Inc.    Cap One                                        Christiana Trust, Div. Wilmington Sav. Fund
c/o Mankin Law Group                      Po Box 5253                                    Tr. Normandy Mortg. Loan Trust, 2013-4
2535 Landmark Drive                       Carol Stream, IL 60197-5253                    c/o Selene Finance LP
Suite 212                                                                                9990 Richmond Avenue, Suite 400
Clearwater, FL 33761-3930                                                                Houston, TX 77042-4546

Christiana Trust, Division of Wilmington Sav   FL Emergency Phys Kang & Asc              Florida Department of Revenue
201 E Pine Street  Suite 730                   P.O. Box 1070                             Bankruptcy Unit
Orlando  FL 32801-2763                         Dept. 4131                                Post Office Box 6668
                                               Charlotte, NC 28201-1070                  Tallahassee FL 32314-6668

Florida Hospital                          IC System                                      IC System
Patient Financial Services                Attn: Bankruptcy                               Po Box 64378
P.O. Box 538800                           444 Highway 96 East; Po Box 64378              Saint Paul, MN 55164-0378
Orlando, FL 32853-8800                    St. Paul, MN 55164-0378

Internal Revenue Service                  Lender Legal Services LLC                      Orange County Tax Collector
PO Box 7346                               201 E. Pine Street                             Attn:  Earl K. Wood
Philadelphia, PA 19101-7346               Suite 730                                      Post Office Box 2551
                                          Orlando, FL 32801-2763                         Orlando FL 32802-2551

Phx Mgmt Sol (Original Creditor:06 Great  Renaissance at Richen Park                     Smith, Hiatt & Diaz
10000 N 31st Av Suite C-301               16998 SW Richen Park Circle                    P.O. Box 11438
Phoenix, AZ 85051-9569                    Sherwood, OR 97140-8682                        Fort Lauderdale, FL 33339-1438

The Association Law Firm                  Timber Springs HOA                             Timber Springs HOA, Inc.
135 W. Central Blvd.                      Law Offices of John Di Masi, P.A.              4019 Avalon Park East Blvd.
Suite 1150                                801 N. Orange Ave., Ste. 500                   Orlando, FL 32828-7702
Orlando, FL 32801-2479                    Orlando, FL 32801-5202

U.S. Bank Trust National Association, as Tru   Vial Fotheringham LLP                     Wells Fargo Bank, N.A.
c/o SN Servicing Corp.,                        7000 SW Varn Street                       P.O. Box 19657
323 5th Street                                 Portland, OR 97223-8145                   Irvine, CA 92623-9657
Eureka, CA 95501-0305
```

| | | |
|---|---|---|
| Wells Fargo Dealer Services<br>P.O. Box 1697<br>Winterville, NC 28590-1697 | Wfb Cd Svc<br>Credit Bureau Dispute Resoluti<br>Des Moines, IA 50306 | Aldo G Bartolone Jr<br>Bartolone Legal Group, PA<br>4767 New Broad Street<br>Orlando, FL 32814-6405 |
| Anabella Tercero Okrassa<br>1168 Bella Vida Blvd.<br>Orlando, FL 32828-6758 | Freddy G Alvarado<br>1168 Bella Vida Blvd.<br>Orlando, FL 32828-6758 | Laurie K Weatherford<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

End of Label Matrix
Mailable recipients    35
Bypassed recipients     1
Total                  36